United States Court of Appeals

FOR THE EIGHTH CIRCUIT

_____

No. 97-2697

_____

United States of America,                  *
                                            *
            Appellee,                       *
                                            *
      v.                                    *
                                            *
Premises Known As, with any and all         *   Appeal from the United States
appurtenances thereto and any and all       *   District Court for the
proceeds from its sale or transfer,         *   District of Minnesota.
                                            *
            Defendant,                       *        [UNPUBLISHED]
                                            *
------------------------                     *
                                            *
Gary Lloyd Bruce,                           *
                                            *
            Appellant.                      *

_____

Submitted:  November 21, 1997

Filed:   December 2, 1997

_____

Before McMILLIAN, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Gary Lloyd Bruce appeals from the district court's[1] denial of his Federal Rule of Civil Procedure 60(b)(4) motion challenging a 1991 forfeiture judgment entered in favor of the United States and against his real property. Upon review of the record and the parties' submissions on appeal, we conclude that the judgment of the district court is correct. Accordingly we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Paul A. Magnuson, Chief Judge, United States District Court for the District of Minnesota.